IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CURTIS EUGENE LEWIS, #1249549 | § | |
| VS. | § | CIVIL ACTION NO. 9:06cv241 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motion for a default judgment (dkt.#9) and motion for summary judgment (dkt.#10).

Petitioner filed objections to the Report. This Court made a *de novo* review of Petitioner's objections. This Court finds that the Magistrate Judge's conclusions are correct and adopts them as the Court's conclusions. The Court therefore

**ORDERS** that Petitioner's motion for a default judgment (dkt.#9) and motion for summary judgment (dkt.#10) are **DENIED**.

**SIGNED** this the **16** day of **August, 2007.**

_____
Thad Heartfield
United States District Judge